NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-3077

BRIANNA P. DENNEE,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. DE315H090445-I-1.

ON MOTION

Before LINN, Circuit Judge.

ORDER

Brianna P. Dennee moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The docketing fee must be paid within 14 days from the date of filing of this order.

FOR THE COURT

MAR 1 9 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Brianna P. Dennee
Jeanne E. Davidson, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 9 2010

JAN HORBALY
CLERK